IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:13cr103-MHT |
| | ) | (WO) |
| **ANEAL RAJAN BAINS** | ) | |

## ORDER

Upon consideration of defendant Aneal Rajan Bains's motion to modify conditions of supervised release and based on the oral representations of the government and probation that they do not oppose the motion, it is ORDERED that the modification petition (doc. no. 65) is granted and the conditions of supervised release are modified by vacating the requirement that defendant Aneal Rajan Bains serve 12 consecutive weekends at a jail facility to begin at a time designated by the probation officer.  All other conditions remain unchanged.

DONE, this the 12th day of November, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**